THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. REARDON, Appellant.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied. Present — Nolan, P. J., Adel, Schmidt and Beldock, JJ. [See 281 App. Div. 911.]

■

WILLIAM ROSENFELD, on Behalf of Himself and All Other Stockholders of FAIRCHILD ENGINE AND AIRPLANE CORPORATION, Similarly Situated, Appellant, v. FAIRCHILD ENGINE AND AIRPLANE CORPORATION et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 201.]

■

IRVING STEINIK et al., Copartners Doing Business as NAIR WINDOW COMPANY, Appellants, v. DAVID SHAPIRO, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

LEO GREENBERG et al., Appellants, v. CITY OF NEW ROCHELLE et al., Respondents.— Action for a judgment declaring unconstitutional an ordinance of the defendant city, changing the zone classification of a tract of realty from a one-family to a multi-family use and for other relief. Plaintiffs appeal from a judgment in favor of defendants adjudging the ordinance to be constitutional and dismissing the complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. [206 Misc. 28.]

■

In the Matter of DOROTHY CILENTO, Respondent, against CITY OF NEW YORK, Appellant.— The City of New York appeals from an order granting an application to serve a notice of claim upon it after the expiration of the ninety-day period specified in section 50-e of the General Municipal Law. Order reversed on the law and the facts, without costs, and application denied, without costs. The failure to make timely service was not shown to have been by reason of mental or physical incapacity or infancy. The record does not furnish a basis for the exercise of judicial discretion in favor of the claimant. (Matter of Halloran v. Board of Educ. of City of N. Y., 271 App. Div. 830; Matter of Coyle v. New York City Tr. Auth., 283 App. Div. 1083.) Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.